IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DISTRICT

| | | |
|---|---|---|
| COVER CROP SHOP, LLC dba CENTER SEEDS | ) | CASE NO. 3:16-CV-357 |
| | ) | |
| | ) | MAGISTRATE JAMES R. KNEPP, II |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER GRANTING PLAINTIFF'S |
| | ) | EMERGENCY MOTION TO EXTEND |
| RUSSELL E. HEDRICK | ) | TEMPORARY RESTRAINING ORDER & |
| | ) | REQUEST FOR HEARING |
| Defendant. | ) | |

This matter came on to be heard by the Court pursuant to Plaintiff's, Cover Crop Shop, LLC dba Center Seeds ("Plaintiff"), Emergency Motion to Extend Temporary Restraining Order & Request for hearing which incorporated Plaintiff's Verified Complaint for Money Damages and Injunctive Relief, verified by Eric Belcher, and Plaintiff's Motion for Temporary Restraining Order, and on the Statement and Certificate of Counsel. The Court finds that Plaintiff has complied with Fed. R. Civ. P. 65, and that this Order is issued with adequate notice. The Court further finds that Plaintiff's Emergency Motion to Extend Temporary Restraining Order & Request for Hearing is well taken. The Temporary Restraining Order issued by the Court of Common Pleas for Mercer County, Ohio in case No. 16-CIV-016, is hereby extended until such time as the Court hears the Plaintiff's request for a preliminary injunction.

Defendant, Russell E. Hedrick, by and through counsel, has agreed to extend the Temporary Restraining Order for 14 Days. Defendant, by and through counsel, makes a limited

appearance for purposes of addressing Plaintiff's Emergency Motion to Extend Temporary Restraining Order. Defendant is not waiving any claims or defenses, in law or equity, to the claims asserted in Emergency Motion to Extend Temporary Restraining Order & Request for hearing which incorporated Plaintiff's Verified Complaint for Money Damages and Injunctive Relief, verified by Eric Belcher, and Plaintiff's Motion for Temporary Restraining Order, or challenges to the enforcement of this Order, and merely by agreeing to the extension Ordered herein Defendant is not waiving or compromising his right to challenge the exercise of personal jurisdiction over him in any Court sitting in the State of Ohio, however, in the interest of judicial economy and potential resolution has agreed to the extension.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiff's Emergency Motion to Extend Temporary Restraining Order & Request for Hearing be, and hereby is, sustained.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Defendant, Russell E. Hedrick ("Defendant"), is, and all persons acting in concert or participation with him be, and they hereby are, restrained and enjoined as follows:

1. Restraining Defendant from using or disclosing any of Plaintiff's confidential and Proprietary Information in violation of the Employment Agreement;
2. Restraining Defendant, either directly or indirectly, from creating or participating in competing business entities in Virginia, North Carolina, and South Carolina in violation of the Employment Agreement;
3. Restraining Defendant from using or disclosing any of Plaintiff's trade secrets in violation of Ohio law;

2

4. Restraining Defendant from contacting Plaintiff's vendors, dealers, customers, and clients regarding the sale of cover crops;

5. Compelling Defendant to return any of Plaintiff's trade secrets and/or confidential information or Proprietary Information, and any copies thereof;

6. Compelling Defendant to return any property owned by Plaintiff, and any copies thereof; and

7. Pursuant to Fed. R. Civ. P. 65(d), that the temporary restraining order extend to any officers, agents, servants, employees, attorneys, and any persons in active concert or participation with Defendant.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff shall not need to post a bond as security for this temporary restraining order, as such requirement is waived.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this temporary restraining order shall expire at 5:00 p.m. on the *29th* of February, 2016, unless extended prior to that time by Order of this Court or by agreement of the parties to this action.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that a hearing on Plaintiff's request for a preliminary injunction is hereby set for the 29th day of February, 2016, at 2:00 o'clock p.m. before Judge James G. Carr.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that a copy of this Order shall be served upon Defendant.

ALL UNTIL FURTHER ORDER OF THE COURT.

SIGNED the __23rd__ day of __February__, 2016.

s/James G Carr
PRESIDING JUDGE